IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY WILLETT,

    Plaintiff,

v.

VILLAGE OF HOLMEN, RYAN OLSON,
NEAL FORDE, RICHARD ANDERSON,
MARK SEITZ, MICHAEL DUNHAM,
TONY SZAK and NANCY PROCTOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-305-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Village of Holmen, Ryan Olson, Neal Forde, Richard Anderson, Mark Seitz, Michael Dunham, Tony Szak and Nancy Proctor granting their motion for summary judgment and dismissing this case as to plaintiff Mary Willett's claims under federal law.  Plaintiff's state law claims are dismissed without prejudice to her refiling them in state court in accordance with 28 U.S.C. 1367(c)(3).

      s/ Peter Oppeneer                        3/21/2013
Peter Oppeneer, Clerk of Court              Date